FILED
MISSOULA, MT

2006 SEP 20 PM 12 01

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# MISSOULA DIVISION

| | |
|---|---|
| JERROLD G. COOLEY, JOLEE COOLEY, MICHAEL J. COOLEY, and KAILEY COOLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MISSOULA, CITY OF MISSOULA POLICE DEPARTMENT, MISSOULA COUNTY, MISSOULA COUNTY SHERIFF'S DEPARTMENT, CHIEF WICKMAN, OFFICER McCARTHY, OFFICER SERBA, SERGEANT RICHARDSON, SHERIFF McMEEKIN, DEPUTY MEEDER, DEPUTY WHITE, DEPUTY STINEFORD, and DOES A-Z,<br><br>Defendants. | Cause No. 06-75-M-JVS<br><br>Hon. James V. Selna<br><br>**PROTECTIVE ORDER**<br><br>**Re: Confidential Information And Documents** |

Having reviewed the Stipulated Protective Order proposed and agreed to by counsel for all parties hereto and good cause appearing, it is hereby ORDERED that the Stipulated Protective Order shall be deemed an Order of this Court. Further, to the extent

1.   **PROTECTIVE ORDER - Re: Confidential Information And Documents**

\\pmprolaw\ProLaw Documents\961-12286\108153.doc

the personnel files of the individually named Defendants are in the possession, custody, or control of persons or entities other than the Defendants themselves, those persons and entities having possession, custody, or control of the files are Ordered to provide a complete and accurate copy of each personnel file to counsel of record for the individually named Defendants.

DATED this 20th day of September, 2006.

_____
Hon. Judge James V. Selna
District Court Judge

2.  **PROTECTIVE ORDER - Re: Confidential Information And Documents**

\\pr:prolaw\ProLaw Documents\961-12286\108153.doc