## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## MISSOULA DIVISION

| | |
|---|---|
| JERROLD G. COOLEY, JOLEE COOLEY, MICHAEL J. COOLEY, and KAILEY COOLEY,<br><br>　　Plaintiffs,<br><br>　v.<br><br>CITY OF MISSOULA, CITY OF MISSOULA POLICE DEPARTMENT, MISSOULA COUNTY, MISSOULA COUNTY SHERIFF'S DEPARTMENT, CHIEF WICKMAN, OFFICER McCARTHY, SERGEANT RICHARDSON, SHERIFF McMEEKIN, DEPUTY MEEDER, DEPUTY WHITE, DEPUTY STINEFORD, and DOES A-Z,<br><br>　　Defendants. | Cause No. 06-75-M-JVS<br><br>Hon. James V. Selna<br><br>**ORDER** |

　　Pursuant to Stipulation among the parties hereto and good cause appearing,

IT IS HEREBY ORDERED that Defendant Craig Serba is dismissed WITH PREJUDICE.  All parties will bear their own costs and attorney fees.

　　DATED this 8th day of February, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. James V. Selna
　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE

**1.　　ORDER**

O:\ECF Ready\Cooley v. City of Missoula, et al. Proposed Order.doc

**2.** **ORDER**

O:\ECF Ready\Cooley v. City of Missoula, et al. Proposed Order.doc