IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| Jerrold G. Cooley, et al,  | CV-06-75-M-JVS |
|---|---|
| Plaintiffs | **ORDER** |
| vs. | |
| City of Missoula, et al., | |
| Defendants | |

This case was referred to the undersigned by Order of United States District Court Judge James V. Selna (Docket No. 120), dated June 28, 2007, for the limited purposes of conducting a formal settlement conference.

A settlement conference was held in this matter, on Tuesday, the 24th day of July, 2007. As a result of the settlement conference, the parties have settled their disputes. Accordingly,

**IT IS ORDERED** that on or before **August 10, 2007**, the respective parties shall file the appropriate settlement documents with the court, or show cause in writing for their failure to do so.

DATED this 25th day of July, 2007.

*/s/ Keith Strong*
Keith Strong
United States Magistrate Judge

ORDER / PAGE 1