


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JERROLD G. COOLEY, JOLEE COOLEY, MICHAEL J. COOLEY, and KAILEY COOLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MISSOULA, CITY OF MISSOULA POLICE DEPARTMENT, MISSOULA COUNTY, MISSOULA COUNTY SHERIFF'S DEPARTMENT, CHIEF WICKMAN, OFFICER MCCARTHY, SERGEANT RICHARDSON, SHERIFF MCMEEKIN, DEPUTY MEEDER, DEPUTY WHITE, DEPUTY STINEFORD, AND DOES A-Z.<br><br>Defendants. | Cause No. CV-06-75-M-JVS<br><br><br><br>ORDER FOR DISMISSAL |

IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice, with each party to bear their own costs and expenses.

DATED this 6th day of August, 2007.

Honorable James V. Selna

1